1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-2545-GPC |
| Plaintiff, | **JUDGMENT AND ORDER** |
| v. | |
| PEDRO ANTONIO MAGANA-ALADRO, | |
| Defendant. | |

Based upon the Motion of the United States to Dismiss the Indictment in this case, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Indictment Without Prejudice is GRANTED and the Indictment in Case Number 21-CR-2545-GPC shall be dismissed without prejudice.

Dated:  December 14, 2021

Hon. Gonzalo P. Curiel
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28